## BAKER *v.* TOUCHSTONE.

HILL, J. Under the pleadings and the evidence in this case, the court did not err in directing a verdict for the defendant.

*Judgment affirmed. All the Justices concur.*

NOVEMBER 15, 1916.

Complaint. Before Judge Thomas. Tift superior court.. December 7, 1915.

*J. P. Knight,* for plaintiff.    *Fulwood & Hargrett,* for defendant.